*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:   September 25, 2014                518289
_____

In the Matter of the Claim of
    ABE SHABTAI,
                        Appellant.
                                          MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                        Respondent.
_____

Calendar Date:   August 4, 2014

Before:   Peters, P.J., Lahtinen, Lynch, Devine and Clark, JJ.

_____

        Abe Shabtai, Forest Hills, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City
(Steven Koton of counsel), for respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed October 18, 2013, which charged claimant with a
recoverable overpayment of unemployment insurance benefits.

        Decision affirmed.  No opinion.

        Peters, P.J., Lahtinen, Lynch, Devine and Clark, JJ.,
concur.

ORDERED that the decision is affirmed, without costs.



ENTER:

Robert D. Mayberger
Clerk of the Court